ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 17 2014
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| JASON CARL KENNEDY,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 13-165C<br>(Judge Francis M. Allegra) |

## DEFENDANT'S STATUS REPORT OF THE REMAND PROCEEDINGS

Pursuant to the Court's January 23, 2014 Order and Rule 52.2(b)(1)(D) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully submits this status report on the remand proceedings:

1. On March 19, 2014, the Board for Correction of Naval Records (BCNR) received Mr. Kennedy's written response to the Department of the Navy's recommendation to disenroll him from The George Washington University Naval Reserve Officers Training Corps (NROTC).

2. On or about April 16, 2014, the BCNR will transmit Mr. Kennedy's file to Headquarters, Marine Corps, with a request for an advisory opinion on the recruiting and NROTC process, as well as whether Mr. Kennedy's disenrollment was proper.

3. Once the BCNR receives the Headquarters' opinion, it may, if warranted, request additional advisement from the Naval Education and Training Command.

4. In accordance with the Court's January 23, 2014 Order, the United States will submit a second status report in 84 days, on July 11, 2014.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ROBER E. KIRSCHMAN, JR.
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ William J. Grimaldi
WILLIAM J. GRIMALDI
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC  20044
Tel:  (202) 616-0471
Fax:  (202) 514-8624
william.j.grimaldi@usdoj.gov

OF COUNSEL:

LT MATTHEW ROUSH, JAGC, USN
Office of the Judge Advocate General
General Litigation Division (Code 14)
U.S. Department of the Navy
1322 Patterson Avenue SE, Suite 3000
Washington Navy Yard, DC  20374

April 17, 2014

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 17, 2014, I caused to be served by United States mail (first-class, postage prepaid), copies of the "DEFENDANT'S STATUS REPORT OF THE REMAND PROCEEDINGS," addressed as follows:

>Jason Carl Kennedy
>1302 William Street
>Apt. 2
>Denver, CO 80218

*Lyeshea Noal*